FRITZ v MARANTETTE. (Docket No. 59605.) Rehearing denied. *Gergely & Foley, P.C.,* for plaintiff-appellant. *Kidson-Peterson, P.C.,* for defendant-appellee. Reported at 404 Mich 329.

KERN v ST LUKE'S HOSPITAL ASSOCIATION OF SAGINAW. (Docket No. 58939.) Rehearing denied. *Leitson, Dean, Dean, Segar & Hart, P.C.,* for plaintiffs-appellants. *Cline & Cline* for defendants-appellees Hugh Caumartin, M.D., Robert M. Heavenrich, M.D., Rudolph M. Jarvi, M.D., William G. Mason, M.D., and J. Eugene Rank, M.D. *Mainolfi, McGraw & Borchard* for defendant-appellee William T. Rice, M.D. Reported at 404 Mich 339.

GIRLISH v ACME PRECISION PRODUCTS, INC. (Docket No. 59138.) Rehearing denied. *Lopatin, Miller, Bindes, Freedman & Bluestone* for plaintiff-appellant. *Lacey & Jones* for defendant-appellee. Reported at 404 Mich 371.

O'DONNELL v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. (Docket No. 58833.) Rehearing denied. *Calder, Kirkendall & Logeman, P.C.,* for plaintiffs-appellees. Reported at 404 Mich 524.

BETKER v GENERAL MOTORS CORPORATION. (Docket No. 58832.) Rehearing denied. *Schuur, Keating & Wells, P.C.,* for plaintiff-appellee Gloria Betker. *Moore, Sills, Poling, Wooster, Sinn & Taylor, P.C.,* for plaintiff-appellant Hardware Mutual Casualty Company. Reported at 404 Mich 590.

HAPNER v ROLF BRAUCHLI, INC. (Docket No. 58977.) Rehearing denied. *Goodman, Eden, Millender & Bedrosian* for plaintiffs-appellees. *Butzel, Fruhauf, Keidan, Simon, Myers & Graham* for defendant-appellant Solis Apparatus Manufactories, Ltd. Reported at 404 Mich 160.

